UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| PAMELA BLEVINS and MARDY MOLLETT, JR., <br><br> Plaintiffs, <br><br> V. <br><br> JOHN KIRK, individually and in his capacity as Martin County Sheriff, PAUL D. WITTEN, individually and in his capacity as Deputy, Agent, Servant of the Martin County Sheriff's Office, MARTIN COUNTY SHERIFF'S OFFICE, and MARTIN COUNTY, KENTUCKY, <br><br> Defendants. | CIVIL NO. 7:16-56-KKC <br><br><br> **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. judgment is entered in favor of Defendants;

2. this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. this judgment is **FINAL** and **APPEALABLE**.

Dated March 20, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY